IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

UNITED STATES OF AMERICA,

v.

XAVIER SMITH,

Defendant.

CASE NO.: 2:21-cr-10

**O R D E R**

     This matter is before the Court on Defendant's Motion to Order the Bureau of Prisons to Remove Prior Convictions From Central File. Doc. 35. Defendant states the Bureau of Prisons is still considering his expunged conviction, resulting in his custody level being higher than it should be and preventing his transfer to an institution with a lower custody level. Id. at 1. Defendant's claim presents a challenge to the execution of his sentence, not the sentence itself. Thus, Defendant should bring his challenge via a 28 U.S.C. § 2241 petition. See Ratcliff v. Coleman, 388 F. App'x 900, 901 (11th Cir. 2010) (citing Antonelli v. Warden, USP Atlanta, 542 F.3d 1348, 1352 (11th Cir. 2008), for the proposition challenges to the execution of a sentence are cognizable under § 2241). The Court expresses no view on the relative merits of such a petition. Defendant is advised any desired § 2241 petition should be filed in the District of his confinement after exhaustion of his administrative remedies. The Court **DENIES** Defendant's Motion.

**SO ORDERED,** this 16th day of December, 2025.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA